AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

APR 18 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Raymundo Vargas-Albino

**CRIMINAL COMPLAINT**

Case Number: M-19-0885-M

IAE YOB: 1996
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 17, 2019** in **Starr** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near La Grulla, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Raymundo Vargas-Albino was encountered by Border Patrol Agents near La Grulla, Texas on April 17, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 17, 2019, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on February 18, 2016, through Ysleta, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 17, 2016, the Defendant was convicted of 8 USC 1326 Re-Entry of a Removed Alien and was sentenced to time served.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No
AUSA Savina Di Piazza

SvDiPiazza 4/19/19 @ 8:10 am

Sworn to before me and subscribed in my presence,

April 19, 2019                8:22 am                Signature of Complainant
                                                     Kellen Meador, Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer                   Signature of Judicial Officer